**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | ***Dennis*** <br> First name <br><br> ***Keith*** <br> Middle name <br><br> ***Bennett*** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | *xxx-xx-5568* | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

*1412 Washington Street*
*Roanoke Rapids, NC 27870*
Number, Street, City, State & ZIP Code

*Halifax*
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1  *Dennis Keith Bennett*    Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

Debtor  *Bennett Trucking & Logging, LLC*    Relationship to you _____
District  *EDNC*   When *2/04/19*   Case number, if known  *TBD*
Debtor _____   Relationship to you _____
District _____   When _____   Case number, if known _____

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  *Dennis Keith Bennett*    Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

| Debtor 1 | *Dennis Keith Bennett* | Case number *(if known)* |
|---|---|---|

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 *Dennis Keith Bennett*    Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☒ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Dennis Keith Bennett*
*Dennis Keith Bennett*
Signature of Debtor 1

Signature of Debtor 2

Executed on  *February  4, 2019*
             MM / DD / YYYY

Executed on
             MM / DD / YYYY

| Debtor 1 | Dennis Keith Bennett | Case number *(if known)* | |
|---|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ William P. Janvier**
Signature of Attorney for Debtor

Date **February 4, 2019**
MM / DD / YYYY

**William P. Janvier 21136**
Printed name

**Janvier Law Firm, PLLC**
Firm name

**311 East Edenton Street**
**Raleigh, NC 27601**
Number, Street, City, State & ZIP Code

Contact phone **919-582-2323**        Email address

**21136 NC**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1  **Dennis Keith Bennett**
          First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number
(if known)

☐ Check if this is an amended filing

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|   |   |   |   | **Unsecured claim** |
|---|---|---|---|---|

**1**

*Ally Financial*
*Attn: Managing Agent*
*P.O. Box 380901*
*Minneapolis, MN 55438*

Contact

Contact phone

What is the nature of the claim?  *2015 Chevrolet Tool Truck 4WD 63,259 miles Door Damaged VIN: 1GB4KYC88FF663127 Titled to Male Debtor. However, Bennett Trucking & Logging (Not LLC)*   $  *$7,163.39*

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $ *$33,163.39*
         Value of security:   - $ *$26,000.00*
         Unsecured claim       $ *$7,163.39*

**2**

*American Express*
*Attn: Managing Agent*
*PO Box 981535*

What is the nature of the claim?  *Credit Card*   $ *$19,101.08*

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Dennis Keith Bennett** | Case number *(if known)* | |
|---|---|---|---|

*El Paso, TX 79998-1535*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security: - $ _____
    Unsecured claim $ _____

Contact

Contact phone

---

**3**

**BB&T**
**Attn: Managing Agent**
**P.O. Box 1847**
**Wilson, NC 27894-1847**

**What is the nature of the claim?**

*221 E. 14th Street Roanoke Rapids, NC 27870 Halifax County Old Milk Dairy - Used to Park Trucks*
*Purchase Date: 10/2015*
*Purchase Price: $60,000.00*

$ *$49,990.38*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)  $ *$49,990.38*
    Value of security: - $ *$60,000.00*
    Unsecured claim $ *$49,990.38*

Contact

Contact phone

---

**4**

**BB&T**
**Attn: Managing Agent**
**P.O. Box 1847**
**Wilson, NC 27894-1847**

**What is the nature of the claim?**

*221 E. 14th Street Roanoke Rapids, NC 27870 Halifax County Old Milk Dairy - Used to Park Trucks*
*Purchase Date: 10/2015*
*Purchase Price: $60,000.00*

$ *$38,384.08*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)  $ *$98,384.08*
    Value of security: - $ *$60,000.00*

Contact

B 104 (Official Form 104)     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     **Page 2**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Dennis Keith Bennett** | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Unsecured claim | $ *$38,384.08* |

**5**

**BB&T**
**Attn: Managing Agent**
**P.O. Box 1847**
**Wilson, NC 27894-1847**

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**    $ *$25,000.00*

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:    - $ _____
  Unsecured claim    $ _____

**6**

**Citi/Sears**
**Attn: Managing Agent**
**PO Box 790034**
**St Louis, MO 63179**

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**    $ *$6,954.00*

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:    - $ _____
  Unsecured claim    $ _____

**7**





**Financial Pacific**
**Attn: Managing Agent**
**3455 S. 344th Way, Suite 300**
**Auburn, WA 98001**

Contact

Contact phone

**What is the nature of the claim?**    *2005 Peterbilt 379 Truck (Red) Weak Engine; ISX Engine*
*VIN: 1XPD49X75D866214*

*SC(1): Financial Pacific*
*Amt: $35,461.48*    $ *$20,461.48*

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ *$35,461.48*
  Value of security:    - $ *$15,000.00*
  Unsecured claim    $ *$20,461.48*

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 3**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Dennis Keith Bennett | Case number (if known) | |

**8**

**First Midwest Equipment Finance**
**Attn: Managing Agent**
**520 North Cass Ave**
**Westmont, IL 60559**

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   *2011 Kenworth W900 Truck ISX550 13 spd VIN: 1XKWD49XXBJ265788*   $ *$24,650.00*

*SC(1): First Midwest Equipment Finance Amt: $64,650.00*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $ *$64,650.00*
Value of security:   - $ *$40,000.00*
Unsecured claim   $ *$24,650.00*

---

**9**

**First National Bank**
**Attn: Tina/Managing Agent**
**1620 Dodge St Mailstop 4440**
**Omaha, NE 68197**

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   *Credit Card*   $ *$29,853.00*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

---

**10**

**Harley Davidson Financial**
**Attn: Bankruptcy/Managing Agent**
**PO Box 22048**
**Carson City, NV 89721-2048**

_____

_____

**What is the nature of the claim?**   *2015 Harley Davidson RoadGlide 10,000 miles VIN: 1HD1TAN13FB957379*   $ *$8,463.00*

*SC(1): Harley Davidson Amt: $22,463.00*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Dennis Keith Bennett** | | Case number *(if known)* | |
|---|---|---|---|---|

Contact

Contact phone

■ Yes. Total claim (secured and unsecured) $ *$22,463.00*
Value of security: - $ *$14,000.00*
Unsecured claim $ *$8,463.00*

---

| 11 | | What is the nature of the claim? | *2016 John Deere 648L Skidder*<br>*VIN: 1DW648LXVFF671756* | $ *$15,764.96* |
|---|---|---|---|---|

*SC(1): John Deere Financial*
*Amt: $110,764.96*

*John Deere Financial*
*Attn: Managing Agent*
*6400 NW 86th St, PO Box 6600*
*Johnston, IA 50131-6630*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) $ *$110,764.96*
Value of security: - $ *$95,000.00*
Unsecured claim $ *$15,764.96*

Contact

Contact phone

---

| 12 | | What is the nature of the claim? | *John Deere 643L Cutter Machine 3,448 Hours Serial: 1DW643LXPGF674770* | $ *$54,324.31* |
|---|---|---|---|---|

*SC(1): John Deere Amt: $144,324.31*

*John Deere Financial*
*Attn: Managing Agent*
*6400 NW 86th St, PO Box 6600*
*Johnston, IA 50131-6630*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) $ *$144,324.31*
Value of security: - $ *$90,000.00*
Unsecured claim $ *$54,324.31*

Contact

Contact phone

---

| 13 | | What is the nature of the claim? | *2014 John Deere 643K Cutter/Shearer VIN: 1DW643KXEEC662128* | $ *$152,667.08* |
|---|---|---|---|---|

*SC(1): John Deere Financial*

---

B 104 (Official Form 104)     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     **Page 5**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1 **Dennis Keith Bennett**  Case number *(if known)*

|  |  |
|---|---|
| **John Deere Financial**<br>**Attn: Managing Agent**<br>**6400 NW 86th St, PO Box 6600**<br>**Johnston, IA 50131-6630** | *Amt: $227,667.08* |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ *$227,667.08*
  - Value of security: − $ *$75,000.00*
  - Unsecured claim  $ *$152,667.08*

Contact

Contact phone

---

**14**

**John Deere Financial**
**Attn: Managing Agent**
**6400 NW 86th St, PO Box 6600**
**Johnston, IA 50131-6630**

**What is the nature of the claim?**  *2015 John Deere 643K*  $ *$62,075.74*
*VIN: 1DW643KXEEC662128*

*SC(1): John Deere Financial*
*Amt: $62,075.74*

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ *$62,075.74*
  - Value of security: − $ *$0.00*
  - Unsecured claim  $ *$62,075.74*

Contact

Contact phone

---

**15**

**Pearl Delta Funding, LLC**
**Attn: Managing Agent**
**40 Exchange Place, Ste 1306**
**New York, NY 10005**

**What is the nature of the claim?**  *Business Debt of Bennett Trucking & Logging, LLC*  $ *$85,895.04*

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ 
  - Value of security: − $ 
  - Unsecured claim  $ 

Contact

Contact phone

---

**16**

**What is the nature of the claim?**  *2015 McClendon Trailer*  $ *$3,184.97*
*VIN:*

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Dennis Keith Bennett** | Case number *(if known)* | |

**People's Bank**
**Attn: Managing Agent**
**PO Box 467**
**Newton, NC 28658-0467**

*1M9LP4224FA776033*
*SC(1): Peoples Bank*
*Amt: $14,184.97*

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $ *$14,184.97*
  - Value of security: - $ *$11,000.00*
  - Unsecured claim $ *$3,184.97*

Contact
Contact phone

---

**17**

**Scottrade Bank**
**Attn: Managing Agent**
**12800 Corporate Hill Drive**
**Saint Louis, MO 63131**

**What is the nature of the claim?** **Business Debt of Bennett Trucking & Logging, LLC** $ *$165,500.00*

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

Contact
Contact phone

---

**18**

**Synchrony Bank/Lowes**
**Attn:BankruptcyDept/ManagingAgent**
**PO Box 965060**
**Orlando, FL 32896**

**What is the nature of the claim?** **Charge Account** $ *$9,460.00*

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

Contact
Contact phone

---

**19**

**What is the nature of the claim?** *2013 Cat 559B Loader w/CTR delimber 10,779 hours*

*SC(1): TCF Equipment Finance*
*Amt: $113,059.93*

$ *$68,059.93*

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Dennis Keith Bennett**  Case number *(if known)*

**TCF Equipment Finance**
**Attn: Managing Agent**
**11100 Wayzata Boulevard, Ste. 801**
**Hopkins, MN 55305**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) $ *$113,059.93*
    Value of security: - $ *$45,000.00*
    Unsecured claim $ *$68,059.93*

Contact

Contact phone

| 20 | **US Bank/RMS CC**
**Attn: Bankruptcy/Managing Agent**
**PO Box 5229**
**Cincinnati, OH 45201** |

**What is the nature of the claim?**   *Credit Card*   $ *$4,191.00*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
    Value of security: - $
    Unsecured claim $

Contact

Contact phone

**Part 2:** **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  */s/ Dennis Keith Bennett*
   *Dennis Keith Bennett*
   Signature of Debtor 1

X
   Signature of Debtor 2

Date  *February 4, 2019*

Date

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 8

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Dennis Keith Bennett**  
                              Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 4, 2019**         **/s/ Dennis Keith Bennett**  
                                                     **Dennis Keith Bennett**  
                                                     Signature of Debtor

Ally Financial
Attn: Managing Agent
P.O. Box 380901
Minneapolis, MN 55438

American Express
Attn: Managing Agent
PO Box 981535
El Paso, TX 79998-1535

BB&T
Attn: Managing Agent
P.O. Box 1847
Wilson, NC 27894-1847

Bennett Trucking & Logging, LLC
1412 Washington Street
Roanoke Rapids, NC 27870

Chase Auto Finance
Attn: Bankruptcy/Managing Agent
PO Box 901076
Fort Worth, TX 76101

Chase Card Services
Attn: Managing Agent
PO Box 15298
Wilmington, DE 19850

Chrysler Financial/TD Auto
Attn: Bankruptcy/Managing Agent
PO Box 9223
Farmington Hills, MI 48333

Citi/Sears
Attn: Managing Agent
PO Box 790034
St Louis, MO 63179

Credit One Bank
Attn: Bankruptcy/Managing Agent
PO Box 98873
Las Vegas, NV 89193

Eastern Bank
Attn: Managing Agent
195 Market Street
Lynn, MA 01901

Financial Pacific
Attn: Managing Agent
3455 S. 344th Way, Suite 300
Auburn, WA 98001

First Midwest Equipment Finance
Attn: Managing Agent
520 North Cass Ave
Westmont, IL 60559

First National Bank
Attn: Tina/Managing Agent
1620 Dodge St Mailstop 4440
Omaha, NE 68197

Harley Davidson Financial
Attn: Bankruptcy/Managing Agent
PO Box 22048
Carson City, NV 89721-2048

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

John Deere Financial
Attn: Managing Agent
6400 NW 86th St, PO Box 6600
Johnston, IA 50131-6630

NC Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Pearl Delta Funding, LLC
Attn: Managing Agent
40 Exchange Place, Ste 1306
New York, NY 10005

People's Bank
Attn: Managing Agent
PO Box 467
Newton, NC 28658-0467

Scottrade Bank
Attn: Managing Agent
12800 Corporate Hill Drive
Saint Louis, MO 63131

State Farm Bank
Attn: Bankrupcty/Managing Agent
PO Box 2327
Bloomington, IL 61702

Stearns Bank
Attn: Managing Agent
PO Box 750
Albany, MN 56307

Synchrony Bank/Lowes
Attn:BankruptcyDept/ManagingAgent
PO Box 965060
Orlando, FL 32896

TCF Equipment Finance
Attn: Managing Agent
11100 Wayzata Boulevard, Ste. 801
Hopkins, MN 55305

US Bank
Attn: Bankruptcy/Managing Agent
PO Box 5229
Cincinnati, OH 45201

US Bank/RMS CC
Attn: Bankruptcy/Managing Agent
PO Box 5229
Cincinnati, OH 45201