IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE: CHAPTER 11

**Dennis Keith Bennett,** CASE NO. 19-00489-5-DMW

Debtor.

## MOTION FOR FINAL DECREE

The undersigned counsel for Dennis Keith Bennett, Debtor, shows the court as follows and applies for a final decree:

1. The Debtor has commenced distributions under the Plan.

2. There has been an assumption by Debtor under the Plan.

3. The Debtor is current on Plan Payments.

4. The Debtor has filed a Final Report.

Wherefore, the undersigned prays the court for the entry of a Final Decree.

This the 2nd day of March, 2020.

JANVIER LAW FIRM, PLLC

s/ Kathleen O'Malley
Kathleen O'Malley
N.C. State Bar No. 51654
311 E. Edenton Street
Raleigh, North Carolina 27601
Telephone: (919) 582-2323
Fax: (866) 809-2379
Email: kathleen@janvierlaw.com

# CERTIFICATE OF SERVICE

I, Kathleen O'Malley, do hereby certify that a true copy of the foregoing **MOTION FOR FINAL DECREE** was electronically filed through CM/ECF and served on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

Brian Behr     (Via CM/ECF)
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

Dennis Keith Bennett (via CM/ECF)
1412 Washington Street
Roanoke Rapids, NC 27870

This the 2nd day of March, 2020.

JANVIER LAW FIRM, PLLC

s/ Kathleen O'Malley
Kathleen O'Malley
N.C. State Bar No. 51654
311 E. Edenton Street
Raleigh, North Carolina 27601
Telephone: (919) 582-2323
Fax: (866) 809-2379
Email: kathleen@janvierlaw.com