# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:  
Dennis Keith Bennett  
1412 Washington Street  
Roanoke Rapids, NC 27870

CASE NO.: 19–00489–5–DMW

DATE FILED: February 4, 2019

CHAPTER: 11

FINAL DECREE

The plan of the above named debtor(s) has been substantially consummated as provided in 11 U.S.C. § 1101(2).

IT IS ORDERED that this case is closed.

DATED: April 16, 2020

David M. Warren  
United States Bankruptcy Judge